**Order entered December 13, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00916-CV

### IN THE INTEREST OF A.W.L., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-03681**

## ORDER

Before the Court is appellee's December 9, 2016 motion to extend time to file appellee's brief. Appellee's motion is **GRANTED** to the extent that appellee's brief shall be filed on or before January 6, 2017.

/s/    ELIZABETH LANG-MIERS
        JUSTICE